JOSEPH C. SCOPELLITI, Appellant, v MARIA C. SCOPELLITI, Respondent. [934 NYS2d 849]—

The plaintiff failed to meet his burden of proving that the marital residence was his separate property (*see Frey v Frey*, 68 AD3d 1052, 1053 [2009]; *Embury v Embury*, 49 AD3d 802, 804 [2008]). Moreover, the Supreme Court's imputation of income to the plaintiff was proper (*see Duffy v Duffy*, 84 AD3d 1151, 1152 [2011]; *Wesche v Wesche*, 77 AD3d 921, 923 [2010]; *Fabrikant v Fabrikant*, 62 AD3d 585, 586 [2009]).

We further find that, under the circumstances of this case, the award of counsel fees to the defendant was a provident exercise of discretion (*see Levy v Levy*, 289 AD2d 379 [2001]; *Cooper v Cooper*, 32 AD3d 376, 377 [2006]; *see also Frankel v Frankel*, 2 NY3d 601 [2004]).

The plaintiff's remaining contentions are without merit, or

not properly before this Court. Skelos, J.P., Hall, Lott and Cohen, JJ., concur.